IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 11-3415 ) |
| ACOUSTICAL CEILINGS, INC., | ) ) |
| Defendant. | ) |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

The Court now considers Plaintiffs' Motion For Default Judgment (d/e 12) pursuant to Fed.R.Civ.P. 55. In support of its motion, Plaintiffs state as follows:

1. The Amended Complaint in this matter was filed on December 7, 2011.

2. On February 21, 2012, this Court entered a Text Order directing the Defendant to file an Answer by February 29, 2012.

3. The Defendant failed to timely file a responsive pleading.

4. An Order of Default against Defendants was entered on May 29, 2012.

In light of these facts, the Court finds that Plaintiffs are entitled to the fees, costs, and damages listed in their motion. Judgment is entered against Defendant as follows:

- A. Judgment is entered in favor of the Plaintiffs and against Defendant for contributions for the period from January 1, 2011 through July 6, 2011 in the amount of $9,884.18 and audit costs in the amount of $787.01;

- B. Defendant is order to pay Plaintiff Carpenters Pension and Retirement Savings Funds of Illinois $3,727.21 in attorney's fees as provided by 29 U.S.C. § 1132(g)(2) and the trust agreements;

- C. Defendant is order to pay Plaintiff Central Illinois Carpenters Health and Welfare Trust Fund $3,578.72 in attorney's fees as provided by 29 U.S.C. § 1132(g)(2) and the trust agreements

Plaintiffs' Motion For Default Judgment (d/e 12) is ALLOWED.

This case is CLOSED.

ENTER: July 6, 2012

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE